```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

JOSEPH DANIELS,

    Plaintiff,

v.                                Civil Action No. 2:20-cv-00230

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

## JUDGEMENT ORDER

In accordance with the court's order this day entered in the above styled civil action, it is ORDERED that the decision of the Commissioner is affirmed and judgment is entered in favor of the Commissioner and against the plaintiff.

The Clerk is directed to forward all copies of this judgment order to all counsel of record and the United States Magistrate Judge.

                                          ENTER: February 19, 2021

                                          John T. Copenhaver, Jr.
                                          Senior United States District Judge